# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECIL L. MUHAMMAD-EL,** :<br>Plaintiff, :<br>:<br>v. :<br>:<br>**UNITED STATES OF AMERICA,** :<br>*et al.*, :<br>Defendants. : | **CIVIL ACTION**<br><br>**NO. 12-2403** |

## ORDER

**AND NOW**, this 13th day of December 2012, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8), to which no response has been filed, and for the reasons stated in the Memorandum Opinion filed this day, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DISMISSED with prejudice**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                        **BY THE COURT:**

                        **/s/ Cynthia M. Rufe**

                        _____
                        **CYNTHIA M. RUFE, J.**